7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Jacquelen Renee Ralls
*Debtor*

*Bankruptcy Case No.*
14−42025−can7

**Jacquelen Renee Ralls**
    Plaintiff(s)

*Adversary Case No.*
14−04073−can

v.

**Internal Revenue Service**
    Defendant(s)

## JUDGMENT

　　　　The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: This Judgment is limited in that it shall apply only the dischargeability of plaintiff's tax debt only as expressly set out in Court Orders. If unpaid taxes for any other year pre−petition to the bankruptcy case besides those expressly set forth herein are discovered subsequent to entry of this Judgment, plaintiff is granted leave of Court to file her motion to reopen this proceeding for determination of dischargeability of any such tax debt.



　　　　　　　　　　　　　　　　　　　　　　　　　　　Ann Thompson
　　　　　　　　　　　　　　　　　　　　　　　　　　　Court Executive

　　　　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Jamie McAdams
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Date of issuance: 8/5/14

Court to serve